UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONALD EDWARD Cool-TRUST
REF. U.C.C.-1 Filing No. 200902028038322 :

_____ :   CIVIL CASE NO: _____
                                   :                   (to be supplied by Clerk
_____ :                    of the District Court)
   (Enter above the full name of   :
      plaintiff in this action)    :
                                   :
              v.                   :
                                   :
UNITED STATES TREASURY - INTERNAL  :
                                   :
REVENUE SERVICE                    :          FILED
_____ :       HARRISBURG, PA
                                   :
_____ :         MAR 29 2012
   (Enter above the full name of   :
   the defendant(s) in this action):       MARY E. D'ANDREA, CLERK
                                   :       Per _____
                                   :              Deputy Clerk

COMPLAINT

1. The plaintiff  DONALD EDWARD Cool -TRUST  a citizen of

the County of  York  State of

Pennsylvania, residing at  6879 Lineboro Rd. Apt #1 Glen Rock, PA 17327

wishes to file a complaint under  U.C.C.-1  and Fair Debt collections
                                     (give Title No. etc.)
practices Act, Restatement, Second, Contracts

2. The defendant is  UNITED STATES TREASURY - INTERNAL REVENUE

SERVICE

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper
exhibits that give further information of your case, attach them to this completed form. Use as
much space as you need. Attach extra sheet(s) if necessary)  On or about August 4th, 2011

3. (CONTINUED) Plaintiff and Defendant entered into an agreement. Said agreement was executed on August 5th 2011 (see Exhibit). On or about MARCH 2012 Defendant appears to have Breached, impeded, or nullified said agreement (see Exhibit B) which also appears to Breach, impede, or nullify original agreement entered into on or about February 2009 (see Exhibit C). Plaintiff is full of mental anguish and slightly confused. Is the UNITED STATES TREASURY seeking to purchase Secured Creditor's Superior Title? And why does Agents of the Internal Revenue Service ask Plaintiff to consider coming to work for them?

4. WHEREFORE, plaintiff prays that the Honorable Court and Honorable judge orders all Civil penalties levied against Plaintiff be removed, all accounts adjusted to zero and grant Plaintiffs request for $7 million U.S.D. be granted for mental anguish caused by Defendants and as allowed by the Fair Debt Collections practices Act, and in accordance to U.C.C-1 filing no. 20090202803822

By: Donald E Cool Attorney-in-fact/Authorized Rep

For: s/ DONALD EDWARD COOL-TRUST
(Signature of Plaintiff)

FROM: Donald E. Cool
6879 Lineboro Rd. Apt #1
Glen Rock, PA 17327

TO: Clerk of Court
United States Middle District Court
United States Courthouse
228 Walnut St.
P.O. Box 983
Harrisburg, PA 17108

FILED
HARRISBURG, PA
MAR 29 2012
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

March 27, 2012

RE: Filing of Civil Action

Please file or return back to sender if there are errors. Thank-you for your time and Consideration.

Enclosures  1- Original Packet
            1- Copy Packet

Sincerely,
Donald E. Cool
without prejudice




Please Recycle

AIV
ABK3
oR

From/Expéditeur:

Donald Coul
c/o 6879 Lineboro Rd Apt #1
Glen Rock, PA 17327

To/Destinataire:

Clerk of Courts
U.S. District Courthouse
P.O. Box 983
Harrisburg, PA 17108

Country of Destination/Pays de destination:






**PRIORITY MAIL®**
UNITED STATES POSTAL SERVICE

Flat Rate Mailing Envelope

Visit us at usps.com

United States Postal Service®

**DELIVERY CONFIRMATION™**

0310 2010 0001 5967 1347

PS00001000014