EXHIBIT

A

Aug. 5th 2011

**ACTUAL & CONSTRUCTIVE NOTICE**
NOTICE OF INTENT TO RECIND
RE: IRS - 1040EZ tax RETURNS FOR:
2007, 2008, 2009 and 2010. From DONALD E. COOL
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

NOTICE - While the Undersigned was incarcerated the Undersigned came under the Understanding that it was OK and proper to file taxes on inmate income. The Undersigned did so for 2007, 2008, 2009 and 2010 in good faith and clean hands under this understanding. On August 4th 2010 the Undersigned came to the new understanding that such filings are frivolous. The Undersigned herein recinds and releases any and all claims to any and all refunds for 2007, 2008, 2009 and 2010, to avoid any and all penalties, fines, costs, etc. from the I.R.S.

Issued this 5th day of August 2010

By _Donald E Cool_
without prejudice

1:30 pm
FAXED
_[signature]_
Admin. Asst,
Harvest Chapel

# EXHIBIT

# B

**IRS** Department of the Treasury
Internal Revenue Service

OGDEN   UT   84201-0030

71617617928306197755

In reply refer to:   0469173931
Mar. 01, 2012    LTR 105C   0
▓▓▓-▓▓-▓▓▓▓    200912 30
Input Op:   0469173931 00001517
                              BODC: WI

DONALD E COOL
5310 ADMIRE RD
THOMASVILLE   PA   17364-9304



000233

CERTIFIED MAIL

Taxpayer Identification Number:   ▓▓▓-▓▓-▓▓▓▓
              Kind of Tax:   Civil Penalty
           Amount of Claim :  $        5,000.00

   Date of Claim(s) Received:   Aug. 08, 2011
                Tax Period :    Dec. 31, 2009

                     0469173931

Dear Taxpayer:

                 WE COULDN'T ALLOW YOUR CLAIM

WHY WE'RE SENDING YOU THIS LETTER
This letter is your notice that we've disallowed your claim for credit for the period shown above.

WHY WE CANNOT ALLOW YOUR CLAIM

We are unable to abate Civil Penalty as requested. We previously sent a 3176C letter stating we received a frivolous return. Thirty days was given to send in a good return or rescind the frivolous position. We received your response; however it did not remove the frivolous position.

IF YOU DISAGREE

If you do not agree with our decision, you may file suit to recover tax, penalties, or other amounts, with the United States District Court having jurisdiction or with the United States Court of Federal Claims. These courts are part of the judiciary branch of the federal government and have no connection with the Internal Revenue Service.

The law permits you to do this within 2 years from the date of this letter. If you decide to appeal our decision first, the 2-year period still begins from the date of this letter. However, if you signed an agreement that waived your right to the notice of disallowance (Form 2297), the period for filing suit begins on the date you filed the waiver.

```
                                                   04691███51
                                     Mar. 01, 2012    LTR 105C
                              ███████          200912 30
                                     Input Op:  0469173931 00001518
```

DONALD E COOL
5310 ADMIRE RD
THOMASVILLE   PA   17364-9304

If you need forms, schedules or publications to respond to this
letter, you can obtain them by visiting the IRS website at www.irs.gov
or by calling 1-800-TAX-FORM (1-800-829-3676).

HOW TO CONTACT US

If you have any questions, please call us toll free at
1-866-883-0235.

If you prefer, you may write to us at the address shown at the
top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces
below, give us your telephone number with the hours we can reach
you. Also, you may want to keep a copy of this letter for your
records.

Telephone Number (717) _654-3010_____   Hours _6:00 Am - 9:00 pm EST_

                                 Sincerely yours,

                                 B. R Banowsky

                                 Bill R Banowsky, Director
                                 Campus Compliance Operations, Ogden

Enclosure(s):
Publication 1

Aug. 5th 2011

ACTUAL & CONSTRUCTIVE NOTICE
NOTICE OF INTENT TO RECIND
RE: IRS - 1040EZ tax RETURNS FOR:
2007, 2008, 2009 and 2010 From DONALD E. COOL
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

NOTICE - While the Undersigned was incarcerated the Undersigned came under the Understanding that it was ok and proper to file taxes on inmate income. The Undersigned did so for 2007, 2008, 2009 and 2010 in good faith and clean hands under this understanding. On August 4th 2010 the Undersigned came to the new understanding that such filings are frivolous. The Undersigned herein recinds and releases any and all claims to any and all refunds for 2007, 2008, 2009 and 2010, to avoid any and all penalties, fines, costs, etc. from the I.R.S.

Issued this 5th day of August 2010

By _Donald E Cool_
without prejudice

1:30 pm
FAXED

_[signature]_
Admin. Asst.
Harvest Chapel

# NON-NEGOTIABLE PRIVATE BOND FOR SETOFF
In accordance with H.J.R. 192, 05 June 1933, Chapter 48, 48 Stat. 112
Donald Edward Cool Hereby Grants this Private Issue

Registered Holder & Fiduciary:   United States Trustee          Bond No.: 7005 0390 0003 9865 4155
                                 Department of the Treasury    Issue date: February 2, 2009
                                 1500 Pennsylvania Ave. NW
                                 Washington, D.C. 20220

CERTIFIED MAIL NO. 7005 0390 0003 9865 4155
RETURN RECEIPT REQUESTED

## Value of Bond is $5,000,000,000.00

In the Matter of:   Certificate of Birth No. 0901990-68 Accepted for Value and Exempt from Levy
                    For the Deposit to the Department of the Treasury
                    And for further credit to Account: COOL, DONALD EDWARD,
                    Posted Certified Account No. 7005 0390 0003 9865 4155

The undersigned Principal, Donald Edward Cool, a living sentient being, in rerum natura herewith accepts for value the enclosed security Certificate of Birth Document numbered 0901990-68, and all endorsements front and back. The Principal is (1) the only legitimate acceptor of said instrument; (2) the only party to have put any value to said instrument; and (3) the contributing beneficiary of the same.

### BOND ORDER

This Bond shall be deposited as a credit to an account bearing the Certified Mail Number 7005 0390 0003 9865 4155 for future identification purposes, to be used as a setoff/payment against any bills, taxes, liabilities, claims, and the like, against the Principal, Donald Edward Cool, as listed on said "Certificate of Birth" numbered 0901990-68, or any bills, taxes, liabilities, claims, and the like, past, present or future, against the Principal's debtor: COOL, DONALD EDWARD, a.k.a. Donald E. Cool, a.k.a. D. E. Cool, a.k.a. any and all similar alphanumeric derivatives ( ), or against any of the Principal's various debtors or beneficiaries, the said claims to be identified by the Principal's acceptance for value and endorsement noted thereon.

Fiduciary shall (i) identify all liabilities attributed to Social Security account # , (ii) and perform a setoff against my credit with the United States to adjust any and all such bills, taxes, claims and liabilities to a zero (-0-) ending balance or ending balance; (iii) charge, settle and close any such account, and (iv) return all interest to the me via DONALD EDWARD COOL, in care of the above location.

Fiduciary shall have Thirty (30) days from the date of verified receipt of this Bond, to perform or dishonor this Bond, by returning it with all attachments to the Principal at the above-noted location by non domestic post. Failure to so return shall constitute Fiduciary's acceptance of and performance on all terms and provisions herein.

This Bond shall be posted as an asset to the benefit of the Department of the Treasury and shall expire upon expiration of the Principal.

Issued by the authority of the undersigned living sentient being, Cestui Que Trust/Beneficial Interest Holder, and executed on the soil within the organic, geographic boundaries of The State of Pennsylvania, a sovereign State within the perpetual union of sovereign States. All Rights and Remedies Reserved. Contract #7005 0390 0003 9865 4155. Good as Aval.

_Donald Edward Cool_
Donald Edward Cool, Grantor
Beneficial Interest Holder
Account No.:
Proper mailing location: c/o U.S.P.O. Postmaster 19426
for delivery to: Donald Edward Cool
c/o Off Rt. 29
Collegeville
The State of Pennsylvania
non-domestic without the United States
[Void where prohibited by law.]

Return this voucher with your inquiry or correspondence.  ☐ Correspondence enclosed:
Write your Taxpayer Identification
Number, tax period and tax form number
on your inquiry or correspondence

Your Telephone Number:  Best Time to Call:
(717) 654-3010           6 AM  9 PM EST

WI        201210    40              82254-458-52197-2

15   Internal Revenue Service                    DONALD E COOL
     Andover, MA  01810-9052                     5310 ADMIRE RD
                                                 THOMASVILLE PA  17364-9304

NT COOL 55 0 200712 670 00000500.000

✂ CUT HERE

# EXHIBIT C

Mailed on or about
March 22nd 2012
DEC

Internal Revenue Service
OFFICE OF THE COMMISSIONER
1111 Constitutional Ave. N.W.
Washington, D.C. 20224

RE: 046 9173931 / Impairment, Nullity or Breach of Agreement.
Actual and Constructive Notice

1.) Notice is hereby given of the intent of the Undersigned to file suit against the Internal Revenue Service due to the Internal Revenue Services actions against the Undersigned by levying a total of $10,000.00 in alleged Frivolous tax filing(s) 2009 and 2007 respectfully. This Civil action that is forthcoming and all parties will be notified to date(s) as they may come about, and within the United States Middle District Court in Harrisburg, PA.

2.) Notice is hereby given to the Internal Revenue Service that levying such civil penalties against the Undersigned impairs, nullifys and or breaches the agreement entered into between the Undersigned and the Internal Revenue Service on or about August 4th 2011. Entitles the Undersigned to remedy both public and private.

Authorized Representative
By: Donald E Cool
Secured Creditor in Commerce
FOR: DONALD E. COOL Trust
U.C.C. Filing no. 2009020280387

C.C. File (1)
Enclosures (3)
I.R.S. OFFICE OF THE Commissioner
Mr. Bill R. Banowsky, Director
I.R.S. Ogden, UT Campus Compliance operations