IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA
(HARRISBURG)

| | |
|---|---|
| DONALD EDWARD COOL,               ) | |
| )                                                           | |
| Plaintiff,           )                                   | |
| )                                                           | |
| v.                       )                               | No. 1:12-cv-00568-SHR |
| )                                                           | |
| UNITED STATES,                           ) | |
| )                                                           | |
| Defendant.         )                               | |

## ORDER

Having considered the United States' motion to dismiss, and any opposition and replies thereto, the Court finds that the motion should be granted.  Accordingly, it is this _____ day of _____, 2012, at Harrisburg, Pennsylvania,

ORDERED that the United States' motion to dismiss is GRANTED; and it is

ORDERED that the Complaint is DISMISSED WITH PREJUDICE.

                                                    HON. SYLVIA H. RAMBO
                                                    UNITED STATES DISTRICT JUDGE