IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg)

DONALD EDWARD Cook,
  Plaintiff,

v.

UNITED STATES TREASURY
INTERNAL REVENUE SERVICE

Civil Action No. 1:12-cv-00568
(The Hon. Sylvia H. Rambo
District Judge)

**FILED**
HARRISBURG, PA

JUN 27 2012

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

Brief in Reply to UNITED STATES' Opposition to Plaintiff's Motion for Summary Judgement 6/21/12

1.) Counsel for the UNITED STATES has violated Local Rule 7.8(a) by the incorporation by reference all or part to its motion to dismiss and supporting memorandum filed on May 29, 2012.

2.) Exhaustion of Administrative Remedy as required by 26 U.S.C. Section 7433(d)(1) was indeed satisfied when the properly named Defendant in the above captioned cause/action presented the offer to Plaintiff to file law suit against the properly named Defendant; OFFER PRESENTED + ACCEPTANCE = AGREEMENT and PERFORMANCE. Therein and thereby Plaintiff accepted Defendants' offer to file law suit and performed accordingly. Wherefore, this Honorable Court does in truth, in fact and in deed have jurisdiction over Plaintiff's claims.

Date June 25, 2012         By: /s/ Donald E Cook, without prejudice
                                  Attorney-in-fact
                           for: DONALD EDWARD Cook,
                                  Plaintiff

PAGE 1 of 3 pgs.                                    DEC

# Certificate of Service

I, Donald Cool, Attorney-in-fact for: DONALD EDWARD COOL, Plaintiff, in Civil Action No. 1:12-CV-00568 in THE UNITED STATES MIDDLE DISTRICT COURT OF PENNSYLVANIA (Harrisburg) Certify that on June 25, 2012 a Copy of Plaintiffs' Brief IN Reply ... was mailed, postage pre-paid via first class mail to:

1. Mark A.
Deputy Clerk of Court
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF Pennsylvania
228 Walnut St.
P.O. Box 983
Harrisburg, PA 17101

2. The Honorable Judge Sylvia H. Rambo
Judges Chambers
UNITED STATES DISTRICT FOR THE
MIDDLE DISTRICT OF Pennsylvania
P.O. Box 868
Harrisburg, PA 17108-0868

3. UNITED STATES ATTORNEY GENERAL
OFFICE of the UNITED STATES
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530

Notice to Agent is Notice to Principle
Notice to Principle is Notice to Agent

By: /s/ Donald M. Cool -Without prejudice
Authorized Representative
Attorney-in-fact
FOR: DONALD E. COOL,
Plaintiff

DONALD EDWARD COOL
6879 Greders Rd. Apt. 1
Glen Rock, PA 17327

Mark A.
Deputy Clerk of Court
United States District Court
For the Middle District of PA
228 Walnut St
P.O. Box 983
Harrisburg, PA 17101

ALL
PO BX
983

**first class**