IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD EDWARD COOL,** | Civil No. 1:12-CV-00568 |
| **Plaintiff** | |
| v. | **Judge  Sylvia H.  Rambo** |
| **UNITED STATES OF AMERICA,** | |
| **Defendant** | |

## O R D E R

In accordance with the accompanying memorandum of law, Defendant's Motion To Dismiss (Doc. 8) is **GRANTED** without prejudice.  The Clerk of Court shall close the file.

                                                                                     s/Sylvia H. Rambo
                                                                                     United States District Judge

Dated:  October 15, 2012.